# IN THE SUPREME COURT OF ALABAMA



August 23, 2024

**SC-2023-0830**

Aldersgate United Methodist Church of Montgomery et al. v. Alabama-West Florida Conference of the United Methodist Church, Inc., et al. (Appeal from Montgomery Circuit Court: CV-23-901547).

## <u>CERTIFICATE OF JUDGMENT</u>

WHEREAS, the ruling on the application for rehearing filed in this case and indicated below was entered in this cause on August 23, 2024:

**APPLICATION OVERRULED. NO OPINION.** PER CURIAM. -- Parker, C.J., and Bryan, Sellers, Mendheim, Mitchell, and Cook, JJ., concur. Shaw, Wise, and Stewart, JJ., recuse.

WHEREAS, the appeal in the above referenced cause has been duly submitted and considered by the Supreme Court of Alabama and the judgment indicated below was entered in this cause on May 31, 2024:

**AFFIRMED.** PER CURIAM. -- Bryan, J., concurs specially, with opinion, which Mitchell, J., joins. Cook, J., concurs specially, with opinion, which Parker, C.J., joins. Sellers, J., concurs in the result. Mendheim, J., concurs in the result, with opinion. Shaw, Wise, and Stewart, JJ., recuse themselves.

NOW, THEREFORE, pursuant to Rule 41, Ala. R. App. P., IT IS HEREBY ORDERED that this Court's judgment in this cause is certified on this date. IT IS FURTHER ORDERED that, unless otherwise ordered by this Court or agreed upon by the parties, the costs of this cause are hereby taxed as provided by Rule 35, Ala. R. App. P.

I, Megan B. Rhodebeck, certify that this is the record of the judgment of the Court, witness my hand and seal.

*Megan B. Rhodebeck*

**Clerk, Supreme Court of Alabama**